1  Scott Levensten
   The Levensten Law Firm, PC
2  1325 Spruce Street
   Philadelphia, PA 19107
3  215-545-5600
   fax 215-545-5156
4

5  Attorneys for Plaintiff, Keith Cardone

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11

12                                              )
    IN RE: BEXTRA AND CELEBREX                  )   MDL NO. 1699
13  MARKETING SALES PRACTICES AND               )   District Judge:  Charles R. Breyer
    PRODUCT LIABILITY LITIGATION                )
14                                              )

    This document relates to:                   )
15                                              )
    Keith Cardone,                              )
16                                              )   STIPULATION AND ORDER OF
                                                )   DISMISSAL WITHOUT PREJUDICE
17                          Plaintiffs,         )   ONLY AS TO CASE NO. 05-~~4488~~ CRB
                                                )                                4490
18                  vs.                         )
                                                )
19  Pfizer, Inc., et al.                        )
                 4490          Defendants.      )
20  Case No. 05-~~4488~~ CRB

21

22       Come now the Plaintiff, Keith Cardone and Defendants, by and through the undersigned

23  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24  dismissal of this action without prejudice with each side bearing its own attorneys' fees and

25  costs.

26       Should Plaintiff Keith Cardone or a representative of Plaintiff attempt to re-file claim

27  against Defendants, they should do so only by re-filing in the United States District Court,

28

                                         -1-

DATED: September 26, 2006.

By: _____
Scott Levensten
Attorneys for Plaintiff, Ethel Brooks

DATED: September 26, 2006.   GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  Sept. 29, 2006

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

Stipulation and Order of Dismissal Without Prejudice